

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

GUSTAVO ABELLA, Pro-Se

Plaintiff,

v.

TOWN OF MIAMI LAKES
TOWN OF MIAMI LAKES MANAGER ALEX REY, Individually
and Official Capacity .
TOWN OF MIAMI LAKES MAYOR MICHAEL PIZZI , Individually
and Official Capacity.
MIAMI-DADE COUNTY,
OFFICER JUAN F. RODRIGUEZ, Individually,
And Official Capacity.

Defendants,

------------------------------------------------------------------------/

1. This is a civil rights action on behalf of Plaintiff GUSTAVO ABELLA, civic activist, against TOWN OF MIAMI LAKES, MAYOR MICHAEL PIZZI , TOWN OF MIAMI LAKES MANAGER ALEX REY, MIAMI DADE COUNTY, and MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ whom throughout 2016- 2018 acting under color of law have violated GUSTAVO ABELLA First Amendment rights and / or retaliated against GUSTAVO ABELLA as a result of GUSTAVO ABELLA exercising his First Amendment rights because GUSTAVO ABELLA had exhibited political sign's mentioning and criticizing ALEX REY and MICHAEL PIZZI and because GUSTAVO ABELLA reported OFFICER JUAN F. RODRIGUEZ of police misconduct and petition to redress for grievances.

2. Every time GUSTAVO ABELLA has in Miami Lakes engaged in a conduct protected by the First Amendment of displaying or exhibiting political signs, reporting police misconduct and filing grievances, in an effort to silence and discredit GUSTAVO ABELLA, the TOWN OF MIAMI LAKES and MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ waged a campaign against GUSTAVO ABELLA which included threats, intimidation, and harassment. These actions were taken to silence GUSTAVO ABELLA and to punish him for exercising his First Amendment rights.

3. This action for declaratory and monetary damages is brought pursuant to 42 U.S.C. Section 1983, the First and Fourteenth Amendments to the United States Constitution, and under the laws of the State of Florida against the TOWN OF MIAMI LAKES , TOWN MANAGER ALEX REY, former MAYOR MICHAEL PIZZI, MIAMI DADE COUNTY and MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ.

## JURISDICTION AND VENUE

4. This action arises under the constitution and laws of the United States, particularly the First and Fourteenth Amendments to the United States Constitution.

5. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 1331 and 1343, as a case arising under the laws of the United States and under 42 U.S.C. 1983, as a case seeking to enforce rights and privileges secured by the laws of the United States and on the supplemental jurisdiction of this Court to entertain claims arising under state law pursuant to 28 U.S.C. Section 1367.

6. Venue is proper in this district because it is where the events complained of occurred.

## THE PARTIES

7. Plaintiff, GUSTAVO ABELLA, is an individual and a resident of Miami- Dade County, Florida. GUSTAVO ABELLA is a citizen of the United States and a qualified and legally registered Florida voter.

8. Defendant TOWN OF MIAMI LAKES is located in Miami Dade County, Florida. TOWN OF MIAMI LAKES is a municipal corporation.

9. Defendant TOWN OF MIAMI LAKES MANAGER ALEX REY was at all times relevant to this complaint duly appointed and acting as Town manager for the Town of Miami Lakes, acting under color of law, to wit, under color of statues, ordinances, regulations, policies, customs and usages of the State of Florida. DEFENDANT TOWN MANAGER ALEX REY is being sued in his official and individual capacities.

10. Defendant former TOWN OF MIAMI LAKES MAYOR MICHAEL PIZZI was at all times relevant to this complaint and acting as TOWN MAYOR for the Town of Miami Lakes, acting under color of law, to wit, under color of statues, ordinances, regulations, policies, customs and usages of the State of Florida. DEFENDANT TOWN MAYOR MICHAEL PIZZI is being sued in his official and individual capacities.

11. Defendant MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ was at all times relevant to this complaint duly appointed and acting as a Miami–Dade police officer assigned to the Town of Miami Lakes, acting under color of law, to wit, under color of statues, ordinances, regulations, policies, customs and usages of the State of Florida and/ or the Miami Dade County Police Department.

12. Officer JUAN F. RODRIGUEZ was also the Community Service officer for the Town of Miami Lakes during the relevant time period at issue. Defendant OFFICER JUAN F. RODRIGUEZ is being sued in his official and individual capacity as a police officer with the Miami Dade County Police Department.

13. Defendant MIAMI DADE COUNTY is located in Miami Dade Florida.

14. At all material times, and in all of their acts described hereto, Defendants were acting under color of state law and color of their authority as public officials and public employees. At all times, Defendants were engaged in conduct that was the proximate cause of the violations of Plaintiffs federally protected rights, as more specifically described below.

## STATEMENT OF FACT

15. GUSTAVO ABELLA has petition for redress of grievances TOWN OF MIAMI LAKES and MIAMI DADE POLICE DEPARTMENT in hopes that TOWN OF MIAMI LAKES and Officer JUAN F. RODRIGUEZ undo and correct all the unlawful behavior and violation of rights they have and continue to do against GUSTAVO ABELLA. Mr. GUSTAVO ABELLA has requested to bring in and produce all his evidence that will clearly explain as to why TOWN OF MIAMI LAKES and Officer JUAN F. RODRIGUEZ are doing everything illegally possible to silence GUSTAVO ABELLA, GUSTAVO ABELLA has requested to be placed under oath under penalty of perjury and GUSTAVO ABELLA will freely submit to a polygraph.

16. Throughout 2016-2018 TOWN OF MIAMI LAKES and Town manager ALEX REY unlawfully obstructed and deprived GUSTAVO ABELLA of his rights to petition for redress of grievances and as a result GUSTAVO ABELLA was punished for exercising his rights protected by the First Amendment.

17. Throughout 2016 - 2018 GUSTAVO ABELLA filed numerous complaints thru emails to The TOWN OF MIAMI LAKES and MIAMI DADE POLICE DEPARTMENT pleading to investigate Officer JUAN F. RODRIGUEZ continuance unlawful misconduct of harassing stalking intimidating threatening GUSTAVO ABELLA and TOWN OF MIAMI LAKES is and had been aware of the Constitutional violation but did not a thing to correct the misconduct and unlawful actions of Officer JUAN F. RODRIGUEZ and failed to provide adequate training and deliberately ignored the grievances against Officer JUAN F. RODRIGUEZ.

18. TOWN OF MIAMI LAKES and Town of Miami Lakes manager ALEX REY deliberately ignored the grievances filed against Officer JUAN F. RODRIGUEZ because Town manager ALEX REY knew and has knowledge that GUSTAVO ABELLA had gathered and obtained sufficient clear evidence that with a unobstructed investigation would prove that Town manager ALEX REY personally participated in the constitutional violations acting under color of law abused his power and personally is / was involved and implicated in the campaign's with Officer JUAN F. RODRIGUEZ to silence GUSTAVO ABELLA for having engaged in a conduct's protect by the First Amendment of exhibiting political sign's on his car, filing grievances, and has deprived and obstructed GUSTAVO ABELLA of his rights to petition for redress of grievances to the TOWN OF MIAMI LAKES Government .

19. On 2/12/2016, 9:38 am Mrs. Miriam Abella sent an email to Town of Miami Lakes Manager ALEX REY, Miami Dade Police Director J.D. Patterson, Miami Dade Police Internal Affairs Pleading and

3

requesting that they take the proper procedure to stop this new campaign that Officer JUAN F. RODRIGUEZ has once again started harassing and intimidating Mr. GUSTAVO ABELLA. Mrs. Abella referenced in this email the misconduct and history of widespread abuse of Officer JUAN F. RODRIGUEZ and referenced a prior case that involved officer JUAN F. RODRIGUEZ, Southern District Court Case No.# 11-20152-CV- ALTONAGA / SIMONTON. Civil right. ( Have copy of email)

20. On 3/22/2016 GUSTAVO ABELLA sent an email to TOWN of MIAMI LAKES MAYOR MICHAEL PIZZI, TOWN MANAGER ALEX REY and town councilmember seeking accountability and to resolve and correct the unlawful behavior that continue's to be done to GUSTAVO ABELLA and his family by Officer JUAN F. RODRIGUEZ and TOWN OF MIAMI LAKES. Till this day no response by TOWN OF MIAMI LAKES nor a change of conduct by Officer JUAN F. RODRIGUEZ.

21. On 4/12/2016, 7:30 AM GUSTAVO ABELLA sent an email filing grievances seeking help assistance and accountability to TOWN OF MIAMI LAKES Government Manager ALEX REY, TOWN OF MIAMI LAKES MAYOR MICHAEL PIZZI, and Town council members asking and requesting that all GUSTAVO ABELLAS evidence be reviewed and investigated as to how and why GUSTAVO ABELLA and his family continues to be punished and retaliated against by Officer JUAN F. RODRIGUEZ for GUSTAVO ABELLA engaging in a conduct's protected by the First Amendment and for filing grievances against Officer JUAN F. RODRIGUEZ and TOWN OF MIAMI LAKES.

22. On 4/12/2016, 4:39 PM In response to GUSTAVO ABELLA email earlier, Town of Miami Lakes Mayor MICHAEL PIZZI sent an email to Town of Miami Lakes Manager ALEX REY stating: " Alex: He's at it again. FYI. Get an injunction, or I'll get one for you. Mike. (Have email)

23. This email of Town of Miami Lakes Mayor MICHAEL PIZZI to Town manager ALEX REY resulted violating and depriving GUSTAVO ABELLA of his First Amendment rights to petition for redress of grievances to TOWN OF MIAMI LAKES Government, and ended with GUSTAVO ABELLA being punished indefinitely for exercising his First Amendment rights. (View #26.)

24. On 4/27/2016, GUSTAVO ABELLA sent an email to Town of Miami Lakes Police Department seeking and pleading to Officer JUAN F. RODRIGUEZ to undo and correct all his unlawful misconduct of abuse and retaliation against GUSTAVO ABELLA. From 2016-2018 OFFICER JUAN F. RODRIGUEZ acting under color of law was putting pressure on GUSTAVO ABELLA not to come forward with the evidence that GUSTAVO ABELLA had obtained that implicated Officer JUAN F. RODRIGUEZ, TOWN MANAGER ALEX REY, and TOWN OF MIAMI LAKES of having orchestrated a situation against GUSTAVO ABELLA, Miami Dade Circuit Court Case # 2008-19978-CA-01, that resulted in GUSTAVO ABELLA and Mrs. ABELLA getting hit with a summary judgement of over $100,000 Dollars, for the malicious corrupt act orchestrated by Officer JUAN F. RODRIGUEZ, TOWN MANAGER ALEX REY and TOWN OF MIAMI LAKES in retaliation against GUSTAVO ABELLA as a result of GUSTAVO ABELLA exercising his First Amendment rights. ( Have all the evidence )

25. On 4/28/2016 The following day as Officer JUAN F. RODRIGUEZ was approaching GUSTAVO ABELLA , Officer JUAN F. RODRIGUEZ stared directly at GUSTAVO ABELLA and stated "MONEY "to GUSTAVO ABELLA. (Evidence on video).

26. On 05/12/2016 Town of Miami Lakes Manager ALEX REY along with Officer JUAN F. RODRIGUEZ acting under color of law did as Town of Miami Lakes MAYOR MICHAEL PIZZI stated to do, Town manager ALEX REY filed and obtained the injunction order against GUSTAVO ABELLA, accompanied by OFFICER JUAN F. RODRIGUEZ as his witness, both were sworn under oath under penalty of perjury falsely accused GUSTAVO ABELLA out of retaliation for GUSTAVO ABELLA having engaged in a conduct protected by the First Amendment and filing grievances and right of speech and to petition for redress of grievances to the Town of Miami Lakes resulting in GUSTAVO ABELLA a resident of Miami Lakes for over 20 years being punished out of retaliation and cannot go freely near or within 400 feet of Town of Miami Lakes Police Department, Town Hall and certain stores on Main Street and remains in effect indefinitely. (Miami Dade County Court Case # 2016-011400-FC-04. Petitioner: ALEX REY, Respondent: GUSTAVO ABELLA , Witness: Officer JUAN F. RODRIGUEZ.)

27. On 5/17/ 2016, 3:30 PM OFFICER JUAN F. RODRIGUEZ appeared outside GUSTAVO ABELLA residence and followed harassed and intimidated GUSTAVO ABELLA as he was exhibiting and displaying a political sign on his car that read "Town of Miami Lakes Mgr. Alex Rey is Corrupt. You Tube: Justice4MEnU "

28. On 5/17/2016, 5:00 PM As GUSTAVO ABELLA was parked across the street of his residence displaying the political sign on his car for the community to read that read "Town of Miami Lakes Mgr. Alex Rey is Corrupt. You Tube: Justice4MEnU ", Officer JUAN F. RODRIGUEZ drove by and told GUSTAVO ABELLA to remove the political sign off his car or he would ticketed and to stop the flyer complaint or end up being arrested, acting under color of law Officer JUAN F. RODRIGUEZ deprived GUSTAVO ABELLA of his First Amendment right.

29. On 5/17/2016, 5:25 PM OFFICER JUAN F. RODRIGUEZ acting under color of law out of retaliation for GUSTAVO ABELLA exercising his First Amendment rights returned with numerous police officers to deprive and deter GUSTAVO ABELLA of his right to exhibit and display his political sign. (Evidence recorded on video).

30. On 5/17/2016, 6:50 PM As GUSTAVO ABELLA exited his home in his car went across the street to Mc Donald's, Officer JUAN F. RODRIGUEZ appeared as GUSTAVO ABELLA existed his car officer JUAN F. RODRIGUEZ told GUSTAVO ABELLA that not only would he issue a ticket to GUSTAVO ABELLA if he did not remove the political sign but have GUSTAVO ABELLA arrested, as GUSTAVO ABELLA took out his phone Officer JUAN F. RODRIGUEZ speed off. (Evidence on cell ).

31. On 6/8/2016, 2:00 PM Officer JUAN F. RODRIGUEZ followed stalked and intimidated GUSTAVO ABELLA. (Have video).

32. On 6/29/2016, 3:08 PM Officer JUAN F. RODRIGUEZ waiting for GUSTAVO ABELLA to exit his home. (Have photo).

33. On 9/13/2016, 10:19 AM As GUSTAVO ABELLA left his home Officer JUAN F. RODRIGUEZ appeared outside GUSTAVO ABELLA resident and followed, harassed, stalked and intimidated GUSTAVO ABELLA all the way to ABELLAS bank. (Have photos).

34. On 9/15/ 2016, 2:44 PM As GUSTAVO ABELLA left his home Officer JUAN F. RODRIGUEZ followed intimidated and harassed GUSTAVO ABELLA through Miami Lakes and onto the Palmetto expressway. (Have video).

35. On 9/16/2016 GUSTAVO ABELLA read an article in the Miami Laker Community Newspaper about the candidates profile running for Town of Miami Lakes council and a candidate Mrs. Elizabeth Delgado stated she was an Assistant State Attorney and Assistant Attorney General, she decided herself to protect the people of Florida by insuring "our" constitution was followed and that the public was protected from violent criminals.

36. GUSTAVO ABELLA contacted Mrs. Elizabeth Delgado and shared with her how he and his family are being punished by Town of Miami Lakes Government for voicing his constitutional rights and engaging in a conduct protected by the First Amendment.

37. GUSTAVO ABELLA in hopes for better honest Government for Miami Lakes GUSTAVO ABELLA asked Mrs. Delgado if he could volunteer to help her in her campaign and she said yes, GUSTAVO ABELLA was given t shirts and political magnetic signs and GUSTAVO ABELLA placed them on his car, shortly after Officer JUAN F. RODRIGUEZ as GUSTAVO ABELLA would leave his home with the political signs in support of Mrs. Delgado on his car Officer JUAN F. RODRIGUEZ would follow harass and intimidate and make hand gestures at GUSTAVO ABELLA.

38. On 10/27/2016, 10:00 AM GUSTAVO ABELLA went to help Mrs. Elizabeth Delgado for early voting at Precinct # 352 Community Center 15151 NW. 82 Ave. Several Town of Miami Lakes officials approached GUSTAVO ABELLA and advise him not to support Mrs. Delgado and GUSTAVO ABELLA ignored them.

39. On 10/27/2016, 11:00 AM Mrs. Delgado informed GUSTAVO ABELLA that she just received a call that The Town of Miami Lakes manager ALEX REY was on his way to Precinct # 352 to what appeared attempt to have GUSTAVO ABELLA arrested and that it might be best GUSTAVO ABELLA left.

40. On 10/27/2016, 11:20 AM Town of Miami Lakes manager ALEX REY arrived at Precinct # 352 Community Center 15151 NW. 82 Ave. and circled the area where GUSTAVO ABELLA had been standing since earlier holding the political signs for Mrs. Delgado, realizing and knowing what Town manager ALEX REY was up to Mrs. Delgado came quickly to GUSTAVO ABELLA and told him she did

6

not want to see him getting arrested and advise GUSTAVO ABELLA to please leave immediately and GUSTAVO ABELLA out of fear of unjustly being arrested had no choice but to leave, once again Town of Miami Lakes Government/ Town manager ALEX REY abused their power acting under color of law violated GUSTAVO ABELLA rights of engaging in a conduct protected by the First Amendment. (Evidence recorded on video/ pictures).

41. On 12/6/ 2016, 2:10 PM As GUSTAVO ABELLA left his resident Officer JUAN F. RODRIGUEZ appeared and followed harassed and shouted at GUSTAVO ABELLA nearly causing a terrible automobile accident. (Have video).

42. Thru out 2017 Officer JUAN F. RODRIGUEZ acting under color of law continued to retaliated against GUSTAVO ABELLA and his family for GUSTAVO ABELLA filing grievances against him and engaging in conduct's protected by the First Amendment, and requesting and seeking help of The TOWN OF MIAMI LAKES Government and MIAMI DADE POLICE DEPARTMENT to resolve the misconduct and injustice that Officer JUAN F. RODRIGUEZ continued. TOWN OF MIAMI LAKES , and MIAMI DADE POLICE had continued to ignore GUSTAVO ABELLA petition for redress, being fully aware of the Constitutional violation but did not a thing to correct the misconduct and unlawful actions of Officer JUAN F. RODRIGUEZ and failed to provide adequate training and deliberately ignored the grievances against Officer JUAN F. RODRIGUEZ.

43. On 1/10/2018, 9:22 AM As GUSTAVO ABELLA was leaving his residence Officer JUAN F. RODRIGUEZ appeared and followed and harassed GUSTAVO ABELLA to the bank making hand gestures.

44. On 1/11/2018, 8:30 AM As GUSTAVO ABELLA was leaving his residence Officer JUAN F. RODRIGUEZ appeared and followed stalked harassed GUSTAVO ABELLA until GUSTAVO ABELLA exited Miami Lakes.

45. On 1/17/2018, 8:47- 12:11 AM GUSTAVO ABELLA car was parked in his assigned parking space at his apartment complex which has over 200 parking spaces and about 40 visitor spaces and TOWN OF MIAMI LAKES placed a Police car parked directly behind GUSTAVO ABELLA car in a private parking space for intimidation. (Have photos).

46. On 1/17/2018, 12:09 PM GUSTAVO ABELLA sent an email to Miami Dade Police Department Director Juan J. Perez to file a complaint against Officer JUAN F. RODRIGUEZ seeking assistance and help to stop Officer JUAN F. RODRIGUEZ from continuing to harass threaten intimate and violate GUSTAVO ABELLAS civil rights, and to this date no response and no change in Officer JUAN F. RODRIGUEZ conduct.

47. Throughout 2018 GUSTAVO ABELLA numerous times filed grievances complained and requested to MIAMI DADE POLICE DEPARTMENT and to TOWN OF MIAMI LAKES to please review and investigate all the evidence that GUSTAVO ABELLA obtained that would clearly show as to why Officer JUAN F. RODRIGUEZ had continued to harass intimidate stalk follow threaten and continue acting under

7

color of law deprived and violated GUSTAVO ABELLA of his First Amendment rights, and MIAMI DADE POLICE DEPARTMENT and TOWN OF MIAMI LAKES where fully aware of the constitutional violations and failed to provide adequate training to Officer JUAN F. RODRIGUEZ and deliberately indifference and failure to act resulted in repeated violations of GUSTAVO ABELLA constitutional rights.

48. On 2/6/2018, 9:30 AM Officer JUAN F. RODRIGUEZ appeared outside the GUSTAVO ABELLA residence and followed GUSTAVO ABELLA all the way to his bank. (Have video).

49. On 3/1/2018, 4:38 PM Officer JUAN F. RODRIGUEZ followed GUSTAVO ABELLA until GUSTAVO ABELLA pulled into his home.

50. On 3/7/2018, 4:12 PM Officer JUAN F. RODRIGUEZ appeared outside GUSTAVO ABELLA residence as GUSTAVO ABELLA and his daughter left to Church, Officer JUAN F. RODRIGUEZ followed and then drove parallel to GUSTAVO ABELLAS car on the driver's side intimidating and harassing with disrespectable hand gestures GUSTAVO ABELLAS daughter as she was driving. (Have video/pictures).

51. On 10/4/2018, 8:25 PM As GUSTAVO ABELLA exited his resident Officer JUAN F. RODRIGUEZ appeared and continues to harass threaten intimidate GUSTAVO ABELLA. (Have video).

52. Town of Miami Lakes manager ALEX REY and Miami Dade Police Officer JUAN F. RODRIGUEZ are doing everything illegally possible acting under color of law that all the evidence that GUSTAVO ABELLA has obtained and has in his possession be not reviewed or investigated because it will clearly bring to light the injustice's that has been done including Miami Dade County Court Case # 2008-19978-CA01, to GUSTAVO ABELLA for voicing his God given United States Constitutional Rights.

## COUNT I

53. ( 42 U.S.C 1983 against Defendant TOWN OF MIAMI LAKES for Deliberate Indifference to the First Amendment rights )

54. Throughout 2016 - 2018 GUSTAVO ABELLA filed numerous complaints thru emails to The TOWN OF MIAMI LAKES and MIAMI DADE POLICE DEPARTMENT pleading to investigate Officer JUAN F. RODRIGUEZ continuance unlawful misconduct of harassing stalking intimidating threatening GUSTAVO ABELLA, and TOWN OF MIAMI LAKES is and had been aware of the Constitutional violation but did not a thing to correct the misconduct and unlawful actions of Officer JUAN F. RODRIGUEZ and failed to provide adequate training and deliberately ignored the grievances against Officer JUAN F. RODRIGUEZ.

55. TOWN OF MIAMI LAKES and Town of Miami Lakes manager ALEX REY deliberately ignored the grievances filed against Officer JUAN F. RODRIGUEZ because Town manager ALEX REY knew and has

8

knowledge that GUSTAVO ABELLA had gathered and obtained sufficient clear evidence that with a unobstructed investigation would prove that Town manager ALEX REY personally participated in the constitutional violations acting under color of law abused his power and personally is / was involved and implicated in the campaign of Miami Dade County Circuit Court case # 2008-19978-CA-01,Defamation/ Conspiracy against GUSTAVO ABELLA , with Officer JUAN F. RODRIGUEZ to silence GUSTAVO ABELLA for engaging in a conduct protect by the First Amendment and has deprived and obstructed GUSTAVO ABELLA of his rights to petition for redress of grievances to the TOWN OF MIAMI LAKES Government .

## COUNT II
## Allegations against Officer Juan F. Rodriguez
(42 U.S.C. 1983 Against Defendant OFFICER JUAN F. RODRIGUEZ, Individually for violations of the First Amendment )

56. GUSTAVO ABELLA repeat and reallege paragraph 1 through 52 , and incorporate them by reference herein.

57. This cause of action is brought by GUSTAVO ABELLA against Defendant OFFICER JUAN F. RODRIGUEZ in his individual and official capacity, for interfering with GUSTAVO ABELLA'S constitutional right of free speech as guaranteed by the First Amendment to the United States Constitution.

58. The violation of GUSTAVO ABELLA First Amendment right to free speech constitutes irreparable harm.

59. At all relevant times, OFFICER JUAN F. RODRIGUEZ was acting in the course and scope of his duties as a Miami Dade County Police Officer assigned to the Town of Miami Lakes, Florida.

60. While acting under color of law, in May 2016, OFFICER JUAN F. RODRIGUEZ, personally deprived GUSTAVO ABELLA of his First Amendment right to freedom of speech and political expression when OFFICER JUAN F. RODRIGUEZ drove by and told GUSTAVO ABELLA to remove the political sign off his car or he would ticketed.

61. By ordering GUSTAVO ABELLA to remove the sign from his car under threat of being ticketed, OFFICER JUAN F. RODRIGUEZ directly suppressed GUSTAVO ABELLA 'S speech in violation of the United States Constitution.

62. GUSTAVO ABELLA eventually removed the signs from his car in hopes that OFFICER JUAN F. RODRIGUEZ would stop all his unlawful conduct toward GUSTAVO ABELLA .

63. OFFICER JUAN F. RODRIGUEZ actions were taken to unlawfully silence GUSTAVO ABELLA 'S First Amendment right to express his political opinion.

64. Throughout 2016- 2018 Officer JUAN F. RODRIGUEZ has continued repeatedly harassed and intimidated GUSTAVO ABELLA in retaliation for GUSTAVO ABELLA'S conviction in the expression of his political opinions, and filing grievances against Officer JUAN F. RODRIGUEZ.

65. OFFICER JUAN F. RODRIGUEZ has repeatedly harassed GUSTAVO ABELLA by continually showing up outside GUSTAVO ABELLA residence.

66. Officer JUAN F. RODRIGUEZ repeated unlawful retaliatory acts of harassment and intimidation establish a claim for punitive damages against OFFICER JUAN F. RODRIGUEZ for interference with GUSTAVO ABELLA'S First Amendment rights.

67. OFFICER JUAN F. RODRIGUEZ'S unlawful retaliatory actions caused GUSTAVO ABELLA harm and he is entitled to declaratory judgement, compensatory and punitive damages, and such other relief that the Court deems appropriate under 28 U.S.C. 2202.

## COUNT III
### Allegation Against Town of Miami Lakes Manager Alex Rey
(42 U.S.C. 1983 Against Defendant Town manager Alex Rey, Individually and in his Official Capacity, for Policy to retaliate against GUSTAVO ABELLA and to Surpress Speech)

68. GUSTAVO ABELLA repeat and reallege paragraph 1 through 52 , and incorporate them by reference herein.

69. This cause of action is brought by GUSTAVO ABELLA against Defendant Town manager ALEX REY in his individual and official capacity, for interfering with GUSTAVO ABELLA constitutional right of free speech as guaranteed as guaranteed by the First Amendment to the United States Constitution.

70. Town manager ALEX REY has employed a policy of deliberate indifference to the repeated violations of GUSTAVO ABELLA'S civil rights by Officer JUAN F. RORIGUEZ under Town manager ALEX REY control or supervision. ALEX REY was an acting Town manager of many police officers assigned to Miami Lakes, including Defendant OFFICER JUAN F. RODRIGUEZ.

### DELIBERATE INDIFFERENCE TO CONSTITUTIONAL VIOLATIONS

71. Throughout 2016-2018 TOWN OF MIAMI LAKES and Town Manager ALEX REY unlawfully obstructed and deprived GUSTAVO ABELLA of his rights to petition for redress of grievances and as a result GUSTAVO ABELLA was punished for exercising his rights protected by the First Amendment.

72. TOWN OF MIAMI LAKES and Town of Miami Lakes manager ALEX REY deliberately ignored the grievances filed against Officer JUAN F. RODRIGUEZ because Town manager ALEX REY knew and has knowledge that GUSTAVO ABELLA had gathered and obtained sufficient clear evidence that with a

10

unobstructed investigation would prove that Town manager ALEX REY personally participated in the constitutional violations acting under color of law abused his power and personally is / was involved and implicated in the campaign with Officer JUAN F. RODRIGUEZ to silence GUSTAVO ABELLA for engaging in a conduct protect by the First Amendment and has deprived and obstructed GUSTAVO ABELLA of his rights to petition for redress of grievances to the TOWN OF MIAMI LAKES Government.

73. TOWN OF MIAMI LAKES deliberately ignored the petition for redress of grievances against OFFICER JUAN F. RODRIGUEZ by GUSTAVO ABELLA and as a result Defendants continued to violate GUSTAVO ABELLA'S First Amendment rights and/ or repeatedly retaliated against GUSTAVO ABELLA as a result of GUSTAVO ABELLA exercising his First Amendment rights.

### COUNT IV
### Allegation Against Town of Miami Lakes Mayor MICHAEL PIZZI
(42 U.S.C. 1983 Against Defendant Mayor MICHAEL PIZZI, Individually and in his Official Capacity, for Policy to retaliate against GUSTAVO ABELLA and to Surpress Speech)

74. GUSTAVO ABELLA repeat and reallege paragraph 1 through 52, and incorporate them by reference herein.

75. This cause of action is brought by GUSTAVO ABELLA against Defendant Town Miami Lakes Mayor MICHAEL PIZZI in his individual and official capacity, for interfering with GUSTAVO ABELLA constitutional right of free speech as guaranteed as guaranteed by the First Amendment to the United States Constitution.

76. Town of Miami Lakes Mayor MICHAEL PIZZI has employed a policy of deliberate indifference to the repeated violations of GUSTAVO ABELLA'S civil rights by Officer JUAN F. RORIGUEZ under Town of Miami Lakes Mayor MICHAEL PIZZI control or supervision. MICHAEL PIZZI was an acting Town Mayor MICHAEL PIZZI of many police officers assigned to Miami Lakes, including Defendant OFFICER JUAN F. RODRIGUEZ.

77. On 3/22/2016 GUSTAVO ABELLA sent an email to TOWN of MIAMI LAKES MAYOR MICHAEL PIZZI, TOWN MANAGER ALEX REY and town councilmember seeking accountability and to resolve and correct the unlawful behavior that continues to be done to GUSTAVO ABELLA and his family by Officer JUAN F. RODRIGUEZ and TOWN OF MIAMI LAKES. No response by TOWN OF MIAMI LAKES and no change of misconduct by Officer JUAN F. RODRIGUEZ.

78. On 4/12/2016, 7:30 AM GUSTAVO ABELLA sent an email filing grievances seeking help assistance and accountability to the TOWN OF MIAMI LAKES Government Manager ALEX REY, TOWN OF MIAMI LAKES MAYOR MICHAEL PIZZI, and Town council members asking and requesting that all GUSTAVO ABELLAS evidence be reviewed and investigated as to how and why GUSTAVO ABELLA and his family continues to be punished and retaliated against by Officer JUAN F. RODRIGUEZ for

11

GUSTAVO ABELLA engaging in a conduct protected by the First Amendment and for filing grievances against Officer JUAN F. RODRIGUEZ and TOWN OF MIAMI LAKES.

79. On 4/12/2016, 4:39 PM In response to GUSTAVO ABELLA email earlier, Town of Miami Lakes Mayor MICHAEL PIZZI sent an email to Town of Miami Lakes Manager ALEX REY stating: " Alex: He's at it again. FYI. Get an injunction, or I'll get one for you. Mike. (Have email)

80. This email of Town of Miami Lakes Mayor MICHAEL PIZZI to Town manager ALEX REY resulted violating and depriving GUSTAVO ABELLA of his First Amendment rights to petition for redress of grievances to TOWN OF MIAMI LAKES Government, and in GUSTAVO ABELLA being punished for exercising his First Amendment rights.

81. As a result of Town of Miami Lakes Mayor MICHAEL PIZZI email of 4/12/2016, 4:39 PM, On 05/12/2016 Town of Miami Lakes Manager ALEX REY along with Officer JUAN F. RODRIGUEZ did as Town of Miami Lakes MAYOR MICHAEL PIZZI stated to do, ALEX REY filed and obtained the injunction order accompanied by OFFICER JUAN F. RODRIGUEZ as his witness both were sworn under oath under penalty of perjury falsely accused GUSTAVO ABELLA out of retaliation for GUSTAVO ABELLA having engaged in a conduct protected by the First Amendment and filing grievances and right of speech and to petition for redress of grievances the Town of Miami Lakes resulting in GUSTAVO ABELLA a resident of Miami Lakes for over 20 years being punished out of retaliation and cannot go freely near or within 400 feet of Town of Miami Lakes Police Department, Town Hall and certain stores on Main Street and remains in effect indefinitely. (Miami Dade County Court Case # 2016-011400-FC-04. Petitioner: ALEX REY, Respondent: GUSTAVO ABELLA, Witness: Officer JUAN F. RODRIGUEZ.)

82. Former Town of Miami Lakes MAYOR MICHAEL PIZZI deprived and obstructed GUSTAVO ABELLA First Amendment right of speech, political expression and right to petition for grievance and as a result GUSTAVO ABELLA was punished for Mayor MICHAEL PIZZI abuse of power acting under color of law aware of the constitutional violations and personally participated in the constitutional violations.

DEMAND FOR JURY TRIAL

Plaintiff, GUSTAVO ABELLA, hereby demand a jury trial of all issues so triable.

WHEREFORE, Plaintiff, GUSTAVO ABELLA, respectfully requests this court:

A. Enter a judgement in favor of Plaintiff GUSTAVO ABELLA against Defendants TOWN OF MIAMI LAKES, MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ, TOWN MAYOR MICHAEL PIZZI, TOWN MANAGER ALEX REY and MIAMI DADE COUNTY;

B. Enter a declaratory judgement that the actions of Defendants, TOWN OF MIAMI LAKES, MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ, TOWN MAYOR MICHAEL PIZZI, TOWN MANAGER ALEX REY and MIAMI DADE COUNTY violated Plaintiff GUSTAVO ABELLA rights secured by the First Amendment to the United States Constitution;

C. Award Plaintiff GUSTAVO ABELLA appropriate compensatory damages against Defendants TOWN OF MIAMI LAKES, MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ, TOWN MAYOR MICHAEL PIZZI, TOWN MANAGER ALEX REY and MIAMI DADE COUNTY;

D. Award Plaintiff GUSTAVO ABELLA punitive damages against Defendants TOWN OF MIAMI LAKES, MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ, TOWN MAYOR MICHAEL PIZZI, TOWN MANAGER ALEX REY for knowing violation of GUSTAVO ABELLA's constitutional rights secured under the First Amendment to the United States Constitution;

E. Award Plaintiff GUSTAVO ABELLA putative damages against Defendants MIAMI DADE POLICE OFFICER JUAN F. RODRIGUEZ, TOWN MAYOR MICHAEL PIZZI, and TOWN MANAGER ALEX REY for knowing violation of GUSTAVO ABELLA constitutional rights secured under the First Amendment to the United States Constitution;

F. Grant Plaintiff GUSTAVO ABELLA any other and further relief at this Court deems just and proper under the circumstances.

*[signature]*

Plaintiff: Gustavo Abella

7400 Miami Lakes Drive Apt.D108, Miami Lakes, Fl. 33014

Email: Gusabella4@gmail.com

Address of service:

Defendants;

Town of Miami Lakes

6601 Main Street Miami Lakes, Fl. 33014

Defendant;

Town of Miami Lakes Mayor Michael Pizzi

6601 Main Street, Miami Lakes, Fl. 33014

Defendant;

Town of Miami Lakes Manager Alex Rey

6601 Main Street, Miami Lakes, Fl. 30014

Defendant;

Miami Dade Police officer Juan F. Rodriguez

6601 Main Street, Miami Lakes, Fl. 33014