```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                     MIAMI DIVISION
         Case No. 18-24889-CIV-GRAHAM/MCALILEY
```

GUSTAVO ABELLA,

    Plaintiff,

vs.

TOWN OF MIAMI LAKES, et al.,

    Defendants.
                              /

## ORDER

**THIS CAUSE** came before the Court sua sponte. This is to notify Plaintiff of certain guidelines as to how *pro se* litigants must proceed in actions before this Court. *Pro se* litigants, like all litigants, must comply with the rules of civil procedure and the Court's orders. It is therefore

**ORDERED** that the *pro se* litigant (individuals without a lawyer) shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules can be obtained from the Clerk of the Court, and may also be found on the Court's internet website, www.flsd.uscourts.gov, under Court Info tab, Local Rules and Procedure link. Failure to comply with the federal and local rules may result in sanctions being imposed against the *pro se* litigant. Some of the requirements of these rules are as follows:

    1. Every pleading, motion, memorandum or other paper required and/or permitted to be filed with the Court must

be filed directly with the Clerk of the Court.  No letters, pleadings, motions or other documents may be sent directly to the District Judge or Magistrate Judge's chambers.  Any papers improperly delivered directly to chambers will be returned and disregarded by the Court;

2. All papers filed must include the case style, case number, and appropriate title in the format required by the Local Rules.  The signature block of each pleading must also contain the *pro se* litigant's name, address and telephone number (and facsimile number or email address, if applicable);

3. All papers filed with the Clerk of Court must also be served on the opposing counsel, or the opposing side if the opposing side is not represented by counsel.  Each filing must include a certificate of service indicating the name and address of the attorney served.  If a *pro se* plaintiff cannot serve the complaint on a defendant due to lack of information, the case will be dismissed with respect to that defendant;

4. Litigants must promptly notify the Court of any change in address by filing a "Notice of Change of Address," which also must be served on opposing counsel.  Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack or prosecution;

5. Motions to Dismiss and Motions for Summary Judgment are

dispositive motions which, if granted, could resolve the case in its entirety. A *pro se* litigant who wishes to oppose these motions must respond in writing within the time periods provided by the rules of procedure;

6. Any litigant and his or her family, friends, or acquaintances may not call any Judge's chambers for legal advice other than procedural matters such as deadlines, how to file matters etc. Brief case status information contained on the docket sheet may be available from the Clerk of Court. Parties should also refer to the Pro Se Filers Important Information brochure, found on the Court's website at www.flsd.uscourts.gov, under Filing Without An Attorney tab, Pro Se Brochure link; and

7. A *pro se* plaintiff bears responsibility for actively pursuing his or her case and must obtain any essential discovery, file all necessary pleadings and motions, comply with all scheduling orders, and prepare the case for trial.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of November, 2018.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies:   Gustavo Abella, Pro Se
          7400 Miami Lakes Drive, Apt. D108
          Miami, FL 33014