```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
              Case No. 18-24889-GRAHAM/MCALILEY
```

GUSTAVO ABELLA,

    Plaintiff,

vs.

TOWN OF MIAMI LAKES, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Miami Lakes Defendants' Motion for Extension of Time to File Response to Complaint [D.E. 16], filed February 4, 2019.

**THE COURT** has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED, in part**. Defendants Town of Miami Lakes and Town of Miami Lakes Manager Alex Rey shall have up to and including February 18, 2019 in which to file a response to the Complaint. **No additional extensions of time by either side will be considered throughout the remainder of the litigation**. Further, counsel is reminded to comply with Local Rule 7.1(a)(3) and CM/ECF Administrative Procedures, Section 3I.(6) regarding filing of proposed Orders and review this Division's Mandatory Trial Practice Procedures, which is found on this Court's website at www.flsd.uscourts.gov under the heading "Judges' Info" for Senior Judge Donald L. Graham. Proposed Order/s shall be

forwarded separately to this Division's NEF (Notice of Electronic Filing) Account.  **The e-mail subject line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., xx-CV-xxxxx Order on DE # ___) to graham@flsd.uscourts.gov.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of February, 2019.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record