UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24889-GRAHAM/McALILEY

GUSTAVO ABELLA,
    Plaintiff,

v.

TOWN OF MIAMI LAKES, et al.,
    Defendants
_____/

FILED BY _____ D.C.
FEB 11 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, GUSTAVO ABELLA, pro-se, hereby submits this Motion for Leave to File First Amended Complaint. Plaintiff states as grounds the following:

1. Additional Defendants are added to the Amended Complaint.
2. Amended Complaint details issues of material fact.
3. Amended Complaint allows Plaintiff to describe in further detail the actions taken by Defendants against Plaintiff.
4. The denial of this motion would severely prejudice the Plaintiff, while the granting of this motion will prejudice no one.

**WHEREFORE,** Plaintiff hereby moves this honorable Court for an Order granting him leave to file the attached Amended Complaint.

Respectfully submitted on February 11th, 2019.

*[signature]*

GUSTAVO ABELLA
7400 MIAMI LAKES DR.
APT. D-108
MIAMI LAKES, FL 33014
CELL: 305-305-6622
EMAIL: gusabella4@gmail.com