UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-24889-CIV-GRAHAM

GUSTAVO ABELLA,

    Plaintiff,

vs.

TOWN OF MIAMI LAKES, et al.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** comes before the Court on Defendant Miami-Dade County's Motion to Dismiss the Complaint and Officer Juan Rodriguez's Partial Motion to Dismiss the Complaint [D.E. 14] and Plaintiff's Motion for Leave to File First Amended Complaint [D.E. 25].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

Plaintiff filed an Amended Complaint [D.E. 26] thereby rendering Defendants' Motion to Dismiss pertaining to the original Complaint moot.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Miami-Dade County's Motion to Dismiss the Complaint and Officer Juan Rodriguez's Partial Motion to Dismiss the Complaint [D.E. 14] is **DENIED** as MOOT. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File First Amended Complaint [D.E. 25] is **GRANTED**. Plaintiff's Amended

Complaint [D.E. 26] is the operative complaint in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of February, 2019.

<pre>
                              s/Donald L. Graham
                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE
</pre>