```
              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA
                      MIAMI DIVISION
          Case No. 18-CV-24889 GRAHAM/McALILEY
```

GUSTAVO ABELLA,

Plaintiff,

v.

TOWN OF MIAMI LAKES, et al.,
Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Officer Juan Rodriguez's Motion to Stay Discovery and for Partial Relief from the Court's Notice Setting Telephonic Status Conference [D.E. 40], the Town of Miami Lakes Manger Alex Rey's Motion to Stay Discovery and for Partial Relief from the Court's Notice Setting Telephonic Status Conference [D.E. 41] and Town of Miami Lakes Former Mayer Michael Pizzi's Motion to Stay Discovery and for Partial Relief from the Court's Notice Setting Telephonic Status Conference [D.E. 42]. Upon review of the motion and all pertinent portions of the record, it is hereby

**ORDERED AND ADJUDGED** that Officer Juan Rodriguez's Motion to Stay Discovery and for Partial Relief from the Court's Notice Setting Telephonic Status Conference [D.E. 40] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that the Town of Miami Lakes Manger Alex Rey's Motion to Stay Discovery and for Partial Relief from the Court's Notice Setting Telephonic Status Conference [D.E. 41] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Town of Miami Lakes Former Mayer Michael Pizzi's Motion to Stay Discovery and for Partial Relief from the Court's Notice Setting Telephonic Status Conference [D.E. 42] is **DENIED**.

The parties are to proceed as directed in the Court's Notice of Setting Telephonic Status Conference.

**DONE AND ORDERED** in Miami, Florida this 21st day of March, 2019.

> s/Donald L. Graham
> DONALD L. GRAHAM
> UNITED STATES DISTRICT JUDGE