**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
CASE NO. 18-24889-CIV-GRAHAM/MCALILEY

GUSTAVO ABELLA,

    Plaintiff,

vs.

TOWN OF MIAMI LAKES, TOWN OF MIAMI
LAKES MANAGER ALEX REY, individually,
and Official Capacity, TOWN OF MIAMI
LAKES MAYOR MICHAEL PIZZI,
individually and Official Capacity,
MIAMI-DADE COUNTY, OFFICER JUAN F.
RODRIGUEZ, individually and Official
Capacity,

    Defendants.
_____/

**NOTICE RESETTING TELEPHONIC STATUS CONFERENCE**

    **THIS CAUSE** comes before the Court sua sponte.

    **THIS CAUSE** is hereby reset for a telephonic status conference before the undersigned on **Wednesday, April 10, 2019 at 2:00 P.M.**[1]

    **In a case that the Court sets for telephonic status conference, no counsel shall appear in person. Instead, all counsel shall attend via telephone. Counsel shall contact the Court at 2:00 P.M. by calling the following toll-free number**

    **1.   1-888-684-8852,**

---

[1] **WHEN JOINING THE CONFERENCE, COUNSEL SHOULD BE AWARE THAT OTHER ATTORNEYS/CASES WILL BE ATTENDING AT THE SAME TIME. PLEASE WAIT ON THE CONFERENCE UNTIL JUDGE GRAHAM'S CHAMBERS' STAFF JOINS IN AT WHICH TIME A SHORT ROLE CALL WILL BE TAKEN. THEREAFTER, COUNSEL WILL BE TRANSFERRED DIRECTLY TO JUDGE GRAHAM. PLEASE REMEMBER TO SPEAK CLEARLY AND ANNOUNCE YOUR NAME SO THE COURT REPORTER MAY ACCURATELY REFLECT THE CORRECT PARTY SPEAKING ON THE RECORD.**

2. **Enter Access Code Number 3772101 followed by the # sign, and**

3. **Enter Security Code Number 1316 followed by the # sign.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of March, 2019.

/s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
CASE NO. 18-24889-CIV-GRAHAM/MCALILEY

GUSTAVO ABELLA,

    Plaintiff,

vs.

TOWN OF MIAMI LAKES, et al.,

    Defendants.
_____/

### **ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions to Dismiss            Yes ____    No ____
2. Motions for Summary Judgment   Yes ____    No ____
3. All Pretrial Motions           Yes ____    No ____
4. Other                          Yes ____    No ____

_____        _____
(Date)                 (Signature) Counsel for
_____        _____
(Date)                 (Signature) Counsel for
_____        _____
(Date)                 (Signature) Counsel for

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
CASE NO. 18-24889-CIV-GRAHAM/MCALILEY

GUSTAVO ABELLA,

    Plaintiff,

vs.

TOWN OF MIAMI LAKES, et al.,

    Defendants.
_____/

## **ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge conduct any and all further proceedings in the case, including **TRIAL,** and entry of final judgment with respect thereto.[1]

_____    _____
(Date)            (Signature) Counsel for

_____    _____
(Date)            (Signature) Counsel for
_____        _____
(Date)            (Signature) Counsel for

---

[1] A magistrate judge may conduct jury trials if the underlying claims support a demand for a jury. In addition, a magistrate judge can generally accommodate special settings.