```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
```

Case No. 18-24889-CIV-GRAHAM

GUSTAVO ABELLA,

    Plaintiff,

vs.

TOWN OF MIAMI LAKES, et al.,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on the Motion to File Motion to Dismiss Amended Complaint Under Seal ("Motion") [D.E. 39] filed by Defendants Town of Miami Lakes and Town of Miami Lakes Manager Alex Rey (collectively, "Town Defendants").

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises.

On April 29. 2019, the Court granted the Defendants' redacted motion to dismiss [D.E. 38] thereby rendering Defendants' motion to file under seal moot.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Town Defendants' Motion [D.E. 39] is **DENIED** as MOOT.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of May, 2019.

                                            s/Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE