UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

**CIVIL COURTROOM MINUTES**

Case No. 18-24889  Date: 5-8-19
Style: Abella V. Town of Miam. Lakes, et al
Counsel for Plaintiff: Abella
Counsel for Defendant: Vusseler
Law Clerk: Anika Royster Hardmon

Reporter: _____  Courtroom Deputy: Clara Foster  Time: _____

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: _____
Set Trial Dates.

MISCELLANEOUS NOTES: _____

Motion: _____  Granted: _____
                 Denied: _____

Trial Set/Reset for: 11-25-19   Bench/(Jury) Trial # of days 2-5
Pretrial Conference: 10-23-19
Calendar Call: 11-20-19

Issues Referred to Mag. McAiley:
Trial/(Costs/Fees/Sanctions)/Dismiss/Summary/Judgment/(Discovery)/Other: _____

Mediation: Yes: ✓   No: _____