UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24889-GRAHAM/McALILEY

GUSTAVO ABELLA,
    Plaintiff,

v.

TOWN OF MIAMI LAKES, et al.,
    Defendants
_____/



FILED BY _____ D.C.
MAY 15 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT JUAN RODRIGUEZ'S PARTIAL ANSWERS AND AFFIRMATIVE DEFENSES AND TO DENY QUALIFIED IMMUNITY

Comes Now, Plaintiff GUSTAVO ABELLA (MR. ABELLA) and files this Motion to Strike Defendant JUAN RODRIGUEZ's Amended Answer and Affirmative Defenses to the Amended Complaint and also to Deny Qualify Immunity and states the following:

### A. DEFENDANT OFFICER RODRIGUEZ's ANSWERS

Defendant OFFICER RODRIGUEZ denies in his answers actions taken by him under the color of law in which acting under color of law abuse his position as it follows:

1

1) On May 17, 2016 Defendant OFFICER RODRIGUEZ approached, followed, harassed, and intimidated MR. ABELLA for displaying a sign in back of his vehicle that read "Town of Miami Lakes TOWN MANAGER ALEX REY is Corrupt. You TUBE: Justice 4 MEnU"; he first came at:

   a) 3:30 p.m. Defendant OFFICER RODRIGUEZ followed, harassed and intimidated MR. ABELLA as he was exiting his Condominium complex exhibiting and displaying the political sign before mentioned.

   b) 5:00 p.m. Defendant OFFICER RODRIGUEZ drove by and told MR. ABELLA to remove the political sign off his vehicle or he would be given a citation. Also, Defendant OFFICER RODRIGUEZ stated to MR. ABELLA to stop the flyer complaint or end up being arrested.

   c) 5:25 p.m. Defendant OFFICER RODRIGUEZ acting under color of law, out of retaliation for MR. ABELLA exercising his First Amendment rights <u>returned with numerous Police Officers</u> to deprive and deter MR. ABELLA of his right to exhibit and display his political sign.

   d) 6:50 p.m. As MR. ABELLA left his Condominium Complex to go to McDonald's (across the street from where he lives) Defendant OFFICER RODRIGUEZ told MR. ABELLA that not only would he issue a Citation for not removing the political sign from his vehicle

but will have MR. ABELLA arrested. As MR. ABELLA took out his phone Defendant OFFICER RODRIGUEZ speed off.

2) Regarding #37, Incident of December 6th, 2016 at 2:10, Defendant OFFICER RODRIGUEZ once again denies his unlawful actions following and harassing MR. ABELLA putting in danger the lives not just of MR. ABELLA but other motorists on the road.

3) Defendant OFFICER RODRIGUEZ has been denying all the incidents in which acting under color of law followed, harassed, stalked MR. ABELLA driving in Miami Lakes to the point until MR. ABELLA exited Miami Lakes as it has been stated in the incidents described in numerals 39 and 40.

4) Defendant OFFICER RODRIGUEZ once again denies his unlawful actions in reference to the Incidents 44-47. Defendant OFFICER RODRIGUEZ has endangered not just MR. ABELLA's life but also his daughter as it is stated in numeral 46 which details how Defendant OFFICER RODRIGUEZ followed MR. ABELLA's vehicle and then drove parallel to MR. ABELLA's driver side making disrespectable hand gestures causing fear and intimidation on MR. ABELLA and his daughter who was driving the vehicle. Defendant OFFICER RODRIGUEZ's pattern of intimidation, stalking, harassing and retaliation continues without any restrictions as MR. ABELLA continued to petition for redress of grievances against Defendant OFFICER RODRIGUEZ.

5) In reference to the Incidents 66-69, Defendant OFFICER RODRIGUEZ once again denies the actions he took against MR. ABELLA when he deprived MR. ABELLA of his First Amendment rights and threatened to issue a Citation if he did not remove the political sign he was displaying in back of his vehicle.

Defendant OFFICER RODRIGUEZ's Amended Answers should be stricken because knowingly and willingly he acted unlawfully. Defendant OFFICER RODRIGUEZ has knowledge that MR. ABELLA has documented the incidents and that it was notified to the Miami Dade County Internal Affairs and to the Miami Lakes Police and Town Manager Alex Rey and Mayor Michael Pizzi. Due to the lack of action or better said "no action" taken to stop Defendant OFFICER RODRIGUEZ he continued with his pattern of retaliation, harassment, stalking and intimidation to the point to put the lives of MR. ABELLA and his daughter in danger while driving in Miami Lakes.

Defendant OFFICER RODRIGUEZ has used his position as a Law Enforcement to retaliate against MR. ABELLA and his family and has been a pattern that he has done for years already and using the same tactics as to threaten MR. ABELLA with the issuance of a Citation if a political sign is not being removed from MR. ABELLA's car.

In the past when Defendant OFFICER RODRIGUEZ threatened MR. ABELLA with a Citation if he did not remove a sign that was against former Councilwoman Nancy Simon and now the threaten was if MR. ABELLA did not remove the sign he had in back of his vehicle that was against Town Manager Alex Rey. Defendant OFFICER RODRIGUEZ not just threatened

4

with the Citation but came back with some other Police Officers and the orders must have come from the person named in the political sign "Town Manager Alex Rey."

Defendant OFFICER RODRIGUEZ has continued repeatedly harassed, intimidated, and stalked MR. ABELLA in retaliation for MR. ABELLA's conviction in the expression of his political opinions and filing grievances against Defendant OFFICER RODRIGUEZ.

Defendant OFFICER RODRIGUEZ's qualified immunity should be denied because acting under the color of law he acted unlawfully depriving MR. ABELLA of exercising his First Amendment rights guaranteed by the United States Constitution; also retaliated against MR. ABELLA for petitioning to redress grievances against Defendant OFFICER RODRIGUEZ and while being in his police uniform and using the official police car followed, harassed, stalked and intimidated MR. ABELLA and his family to the point of putting in danger their lives while driving in the streets of Miami Lakes.

## B. DEFENSES AND AFFIRMATIVE DEFENSES

Defendant OFFICER RODRIGUEZ's Defenses and Affirmative Defenses should be stricken because of the following reasons:

1) MR. ABELLA has stated a claim under 42 U.S.C. §1983 in which Defendant OFFICER RODRIGUEZ, acting under the color of law, has violated MR. ABELLA's First Amendment Rights guaranteed under the

5

United States Constitution and is entitled to declaratory judgment, compensatory and punitive damages and such relief that the Court deems appropriate under 28 U.S.C. §2202.

2) While MR. ABELLA was exercising his First Amendment Rights filing petition to redress grievances against Defendant OFFICER RODRIGUEZ was a victim of retaliation, harassment, stalking and intimidation by Defendant OFFICER RODRIGUEZ.

3) Defendant OFFICER RODRIGUEZ as a Law Enforcement has violated the law repeatedly and has deprived MR. ABELLA of exercising his First Amendment Rights. It is not the first time that he has violated MR. ABELLA's civil rights; MR. ABELLA has filed complaints and petitions to redress grievances against Defendant OFFICER RODRIGUEZ and in return he has obtained retaliation as a punishment.

4) Defendant OFFICER RODRIGUEZ is a lawbreaker and should not be entitled to qualified immunity. Every action he has taken against MR. ABELLA has been done with malice knowing that it was against the law. Defendant OFFICER RODRIGUEZ has acted in bad faith at all times against MR. ABELLA and his family.

5) Defendant OFFICER RODRIGUEZ has acted maliciously; he has years of experience being a police officer; knows right from wrong and has completely knowledge that he, once again, violated the law when he asked

6

MR. ABELLA to remove the political sign he had in back of his vehicle and not only that but still threatened with a Citation if he did not remove it.

6) Even though MR. ABELLA filed complaints and petitioned to redress grievances against Defendant OFFICER RODRIGUEZ due to all his unlawful actions, Defendant OFFICER RODRIGUEZ continued with his pattern of retaliation, harassment, stalking, and intimidation; there were no limitations that could stop him from all his wrongdoing.

7) A police officer acting in the way that Defendant OFFICER RODRIGUEZ has acted against MR. ABELLA and his family cannot be entitled to qualified immunity. A police officer being armed, abusing his position and using the official vehicle, uniform and badge cannot be entitled to qualified immunity. Defendant OFFICER RODRIGUEZ has imposed fear, abuse of power and in his plain mental faculties has stalked, harassed, retaliated and deprive MR. ABELLA's First Amendment rights to Freedom of Speech guaranteed under the United States Constitution and should be denied of any privilege and also of any qualified immunity that he is looking forward to use as a shield of all his wrongdoing and unlawful acts.

**WHEREFORE,** Plaintiff MR. ABELLA, respectfully requests this honorable Court to issue an Order to Strike Defendant OFFICER RODRIGUEZ's Amended Answers and Defenses and Affirmative Defenses and deny Defendant OFFICER RODRIGUEZ of Qualified Immunity.

Defendant OFFICER RODRIGUEZ's unlawful retaliatory actions, pattern of harassment, stalking, intimidation and deprivation of First Amendment Rights caused MR. ABELLA harm and he is entitled to declaratory judgment, compensatory and punitive damages and such other relief that the Court deems appropriate under 28 U.S.C. §2202.

Dated May 15th, 2019          Respectfully submitted,

*/s/ Abella*
GUSTAVO ABELLA

7400 Miami Lakes Dr., D-108
Miami Lakes, FL 33014
Cell: 305-305-6622
Email: gusabella4@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that an original and a true and correct copy of the foregoing PLAINTIFF'S MOTION TO STRIKE DEFENDANT JUAN RODRIGUEZ'S PARTIAL ANSWERS AND AFFIRMATIVE DEFENSES AND DENY QUALIFIED IMMUNITY was served on all parties of record on this 15th day of May 2019.

*/s/ Abella*
GUSTAVO ABELLA

7400 Miami Lakes Dr., D-108
Miami Lakes, FL 33014
Cell: 305-305-6622
Email: gusabella4@gmail.com

## CERTIFICATE OF SERVICE
Case No. 18-cv-24889-GRAHAM/McALILEY
United States District Court, Southern District of Florida

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail on May 15th, 2019 on the following counsel:

Erick P. Hockman
Eric S. Kay
2225 Ponce de Leon Blvd., Suite 700
Coral Gables, FL  33134
(305) 854-0800
ehockman@wsh-law.com
jmessa@wsh-law.com

**Eric Samuel Kay**
Weiss Serota Helfman Cole , Bierman, P.L.
2525 Ponce de Leon Blvd.
Suite 700
Coral Gables, FL 33134
(305) 854-0800
Email: ekay@wsh-law.com

**David Steven Henry**
Kelley Kronenberg
8201 Peters Road
Suite 4000
Fort Lauderdale, FL 33324
(954) 370-9970
Email: dhenry@kelleykronenberg.com

Zachary Vosseler
Assistant County Attorney
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami Florida 33128
(305) 375-5151
Zach@miamidade.gov