UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

Gustavo Abella_____ , Plaintiff

VS.                                                      Case No. _18-24889-CIV-GRAHAM/MCALILEY_

Town of Miami Lakes, et al.,_____ , Defendant(s)

---

Order Referring Case to Volunteer Attorney Program

This matter is before the Court on the request of *pro se* party
Gustavo Abella_____ for counsel. Under 28 U.S.C. § 1915(e)(1), the
appointment of counsel is discretionary and is warranted only where there
are exceptional circumstances, which the Court does not find here. *See*
*Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999). After reviewing the
matter and being fully advised, it is

ORDERED that the request for appointment of counsel is denied;
however, it is

FURTHER ORDERED that this matter is referred to the Court's
Volunteer Attorney Program, where a volunteer attorney may accept the
representation on a *pro bono* basis if so desired; it is

FURTHER ORDERED that the Clerk of Court will obtain a description
of the case and contact information to post on the Court's website of available
*pro bono* cases seeking volunteer lawyers; it is

FURTHER ORDERED that if the representation is accepted, the volunteer
attorney shall enter an appearance in the case and thereafter will be eligible for
reimbursement of reasonable litigation expenses pursuant to the Court's
Reimbursement Guidelines for Volunteer Counsel.

DONE AND ORDERED in chambers at _Miami_____ , Florida this
20___ day of _May_____ , 2019.

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

c: parties/counsel of record