UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24889-GRAHAM/McALILEY

GUSTAVO ABELLA,
    Plaintiff,

v.

TOWN OF MIAMI LAKES, et al.,
    Defendants
_____/

FILED BY _____ D.C.
MAY 23 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT OFFICER JUAN F. RODRIGUEZ

    Pursuant to Rule 33 of the Federal Rules of Civil Procedure and Rule 26 of the Local Rules for the Southern district of Florida, Plaintiff GUSTAVO ABELLA serves the following First Set of Interrogatories to Defendant Officer JUAN F. RODRIGUEZ and requests that they be answered separately, fully, and under oath within thirty (30) days of service.

Respectfully submitted,

_____
GUSTAVO ABELLA

7400 MIAMI LAKES DR., D-108
MIAMI LAKES, FL 33014
CELL: 305-305-6622
Email: gusabella4@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That an original and a true and correct copy of the foregoing Plaintiff's First Set of Interrogatories to Defendant Officer JUAN F. RODRIGUEZ was served this 23rd day of May, 2019 on all parties of record.

*(signature)*
GUSTAVO ABELLA

Erick P. Hockman
Eric S. Kay
2225 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
(305) 854-0800
ehockman@wsh-law.com
messa@wsh-law.com

**Eric Samuel Kay**
Weiss Serota Helfman Cole, Bierman, P.L.
2525 Ponce de Leon Blvd.
Suite 700
Coral Gables, FL 33134
(305) 854-0800
Email: ekay@wsh-law.com

**David Steven Henry**
Kelley Kronenberg
8201 Peters Road
Suite 4000
Fort Lauderdale, FL 33324
(954) 370-9970
Email: dhenry@kelleykronenberg.com

Zachary Vosseler
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami Florida 33128
(305) 375-5151
Zach@miamidade.gov