Filing # 89748396 E-Filed 05/17/2019 08:48:22 PM

Yoram Yehuda
c/o Lebedev, Michael & Helmi, a P.L.C.
10999 Riverside Dr., Suite 201
Studio City, California 91602
Telephone:    (818) 757-7677
Facsimile:     (818) 757-7047
Email: yorammaiami@gmail.com

Judgment Creditor, in pro per

## IN THE CIRCUIT COURT FOR THE SEVENTEENTH JUDICIAL CIRCUIT

## IN AND FOR BROWARD COUNTY, FLORIDA

| | |
|---|---|
| YORAM YEHUDA dba MALIBU DEVELOPMENT AND CONSTRUCTION, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> ARTURO RUBINSTEIN and FAB ROCK INVESTMENTS LLC, a Nevada Corporation and DOES 1 to 50, inclusive, ) <br><br> Defendants. ) | CASE NO.: <br><br><br> **AFFIDAVIT OF FOREIGN JUDGMENT** |

1.      I am the judgment creditor of the attached foreign judgment, which is being filed so that it may be enforceable in this state.  The last known post office addresses of each of the two judgment debtors are as follows:

    Judgment Debtor 1:    Arturo Rubinstein
                          19111 Wells Drive
                          Tarzana, CA 91356

    Judgment Debtor 1:    Fab Rock Investments, LLC, a Nevada Corporation
                          20800 Dearborn Street
                          Chatsworth, CA 91311

2.      I may be reached as a judgment creditor at the following address:

                          Yoram Yehuda
                          c/o Lebedev, Michael & Helmi, a P.L.C.
                          10999 Riverside Dr., Suite 201
                          Studio City, California 91602

3.      Name of state where foreign judgment was issued:   California

4.    Name of Court that issued the foreign judgment:    Superior Court of California, County of Los Angeles

5.    The case number of the foreign judgment:    BC659534

6.    Amount of foreign judgment:    $1,028,252.10

7.    Date of foreign judgment:    March 11, 2019

8.    The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of Florida and California that the foregoing is true and correct.

   **I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: May 17, 2019

Yoram Yehuda

SEE ATTACHMENT FOR NOTARY PUBLIC

2
AFFIDAVIT

## JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_ } SS.

Subscribed and sworn to (or affirmed) before me on this _17th_ day of _May_____, 20_19_, by

_Yoram Yehuda_____, proved to me on the basis of satisfactory evidence

to be the person(s) who appeared before me.

YANGSOON RHEE
Notary Public - California
Los Angeles County
Commission # 2273205
My Comm. Expires Jan 23, 2023

NOTARY'S SIGNATURE

PLACE NOTARY SEAL IN ABOVE SPACE

## ■ OPTIONAL INFORMATION ■

The information below is optional. However, it may prove valuable and could prevent fraudulent attachment of this form to an unauthorized document.

**CAPACITY CLAIMED BY SIGNER (PRINCIPAL)**

☐ INDIVIDUAL
☐ CORPORATE OFFICER _____
☐ PARTNER(S)                    TITLE(S)
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

_____

_____

**ABSENT SIGNER (PRINCIPAL) IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)

_____

_____

**DESCRIPTION OF ATTACHED DOCUMENT**

_Affidavit of foreign judgment_
TITLE OR TYPE OF DOCUMENT

_____
NUMBER OF PAGES

_____
DATE OF DOCUMENT

_____
OTHER

RIGHT
THUMBPRINT
OF
SIGNER

Top of thumbprint here

1 | Gennady L. Lebedev, Esq., SBN: 179945
2 | Sam Helmi, Esq., SBN 239972
  | LEBEDEV, MICHAEL & HELMI, a P.L.C.
3 | 10999 Riverside Dr., Suite 201
  | Studio City, California 91602
4 | Telephone:   (818) 757-7677
  | Facsimile:    (818) 757-7047

**FILED**
Superior Court of California
County of Los Angeles

MAR 11 2019

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Felipe Rojas

5 | Attorneys for Plaintiff and Cross-Defendant:
6 | YORAM YEHUDA dba MALIBU DEVELOPMENT
  | AND CONSTRUCTION

7

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **FOR THE COUNTY OF LOS ANGELES-CENTRAL DISTRICT**

| | |
|---|---|
| YORAM YEHUDA dba MALIBU DEVELOPMENT AND CONSTRUCTION, | CASE NO.: BC659534 |
| Plaintiff, | [Hon. Randolph M. Hammock, Dept. 47] |
| vs. | [~~PROPOSED~~] JUDGMENT |
| ARTURO RUBINSTEIN and FAB ROCK INVESTMENTS LLC, a Nevada Corporation and DOES 1 to 50, inclusive, | Complaint Filed: April 27, 2017 |
| Defendants. | Trial Date:      11/26/2018 to 12/11/2018 |
| ARTURO RUBINSTEIN, an individual; and FAB ROCK INVESTMENTS LLC, a Nevada Corporation, | |
| Cross-Complainants, | |
| vs. | |
| YORAM YEHUDA dba MALIBU DEVELOPMENT AND CONSTRUCTION, | |
| Cross-Defendant. | |

24       On November 26, 2018, this matter came on for trial in Department 47of this Court, Hon.

25 Randolph M. Hammock presiding, sitting without a jury, a jury having been duly waived.

26 Plaintiff, Yoram Yehuda dba Malibu Development and Construction appeared through his

27 attorneys, Gennady L. Lebedev and Sam Helmi of Lebedev, Michael & Helmi, a professional law

28 corporation. Defendants, Arturo Rubinstein and Fab Rock Investments LLC, a Nevada

1

1    Corporation appeared through their attorneys. Brian M. Grossman and Bethany R. Burrill of

2    Tesser Grossman LLP.

3          Evidence both oral and documentary, having been presented by all parties, the cause

4    having been argued and submitted for decision. and on request of each of the parties, the Court

5    has filed its written statement of decision, which is incorporated herein by this reference, and

6    hereby enters the following Judgment.

7          NOW. THEREFORE. IT IS ORDERED, ADJUDGED, AND DECREED that:

8          1.       on the Third Cause of Action in Plaintiff's Complaint for Breach of Contract.

9    Plaintiff. YORAM YEHUDA dba MALIBU DEVELOPMENT AND CONSTRUCTION, shall

10   have and recover from Defendants. ARTURO RUBINSTEIN and FAB ROCK INVESTMENTS.

11   LLC. a Nevada corporation, and each of them, jointly and severally, the sum of $866,171.00;

12         2.       pre-judgment interest thereon at the rate of ten percent (10%) per annum. with

13   the calculated daily rate of $237.30, from April 27, 2017 until the entry of this Judgment; and    *without*

     is ($ 162,081.10) *k/h*

14         3.       costs in the amount of $    *PER MEMI of COSTS*    and attorneys' fees in the amount

15   of $_____    (to the extent such may be recoverable pursuant to a proper motion

16   yet to be filed), with interest thereon from the date of entry of this Judgment until paid.    *k*

17         IT IS FURTHER ORDERED. ADJUDGED AND DECREED that on Cross-

18   Complainants. ARTURO RUBINSTEIN's and FAB ROCK INVESTMENTS, LLC's, Cross-

19   Complaint for Accounting, Judgment is entered in favor of Cross-Defendant. YORAM YEHUDA

20   dba MALIBU DEVELOPMENT AND CONSTRUCTION and against all such Cross-

21   Complainants.

22   IT IS SO ORDERED.

23   Dated:    *3-11-19*

                                                    Hon. Randolph M. Hammock
24                                                  Judge of the Superior Court

25   Submitted on February 14. 2019 by:

26   LEBEDEV, MICHAEL & HELMI. APLC

27   By:    Gennady L. Lebedev. Esq.
            Attorneys for Plaintiff. YORAM YEHUDA
28          dba MALIBU DEVELOPMENT
            AND CONSTRUCTION

Filing # 89748396 E-Filed 05/17/2019 08:48:22 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

---

**I.       CASE STYLE**

IN THE CIRCUIT COURT OF THE SEVENTEENTH  JUDICIAL CIRCUIT,
IN AND FOR BROWARD   COUNTY, FLORIDA

Case No.: _____
Judge: _____

Yoram Yehuda
Plaintiff
vs.
Arturo Rubinstein, Fab Rock Investments, LLC, a Nevada Corporation
Defendant

---

**II.      TYPE OF CASE**

- ☐ Condominium
- ☒ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
        ☒  Monetary;
        ☐  Non-monetary declaratory or injunctive relief;
        ☐  Punitive

IV.     **NUMBER OF CAUSES OF ACTION: (    )**
        (Specify)

        1

V.      **IS THIS CASE A CLASS ACTION LAWSUIT?**
        ☐  Yes
        ☒  No

VI.     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
        ☒  No
        ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
        ☐  Yes
        ☒  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Yoram Yehuda</u>        FL Bar No.:
        Attorney or party                                          (Bar number, if attorney)

        <u>Yoram Yehuda</u>        <u>05/21/2019</u>
        (Type or print name)                        Date

Filing # 89748396 E-Filed 05/17/2019 08:48:22 PM

**NOTICE OF RECORDING FOREIGN JUDGMENT**

TO: Arturo Rubinstein

19111 Wells Drive

Tarzana, CA 91356

Fab Rock Investments, LLC,

a Nevada Corporation

20800 Dearbron Street

Chatsworth, CA 91311

YOU ARE HEREBY NOTIFIED that a Foreign Judgment against you has been recorded in the Official Records of Alachua County, Florida. A copy of the recorded Foreign Judgment is attached hereto. This action is taken pursuant to the Florida Enforcement of Foreign Judgments Act, section 55.501, Florida Statutes, by the following judgment creditor:

CREDITOR'S NAME: Yoram Yehuda

ADDRESS: c/o Lebedev, Michael & Helmi, a P.L.C.

10999 Riverside Drive, Suite 201

Studio City, CA 91602

CREDITOR'S ATTORNEY:

ADDRESS:

A JUDGMENT SO RECORDED shall have the same effect and shall be subject to the same rules of civil procedure, legal and equitable defenses, and proceedings for reopening, vacating, or staying judgments, and it may be enforced, released, or satisfied, as a judgment of a circuit or county court of this state.

Unless action is taken pursuant to law within 30 days from the date of this Notice to contest the validity of the said Judgment, the above named creditor/attorney may apply to the Clerk of this Court for commencement of enforcement proceedings.

PLEASE GOVERN YOURSELF ACCORDINGLY.

DATED on _____.

J. K. "JESS" IRBY, ESQ.
CLERK OF THE COURT

(Seal)                                    By:_____
                                              Deputy Clerk

Foreign Judgment Notice of Recording

1

## CERTIFICATE OF SERVICE

2          I HEREBY CERTIFY that on May 17, 2019, I served a true and correct copy of the
foregoing document, described as a NOTICE OF LIEN, on all counsel listed below by U.S. Mail

3    on this 22nd day of May 2019:

4    Brian M. Grossman, Esq.
TESSER GROSSMAN, LLP

5    11990 San Vicente Blvd., Suite 300
Los Angeles, CA 90049

6    Attorneys for Plaintiffs

7    Nicole M. Wall
COLE, SCOTT, & KISANE, P.A.

8    Esperante Building
222 Lakeview Avenue, Suite 120

9    West Palm Beach, Florida 33401
Attorneys for Plaintiffs

10

11   William V. Roppolo
Benjamin C. Davis
BAKER & McKENZIE LLP

12   Sabadell Financial Center
1111 Brickell Avenue, Suite 1700

13   Miami, Florida 33131
Attorney s for Keshet Inter Vivos Trust, Yoram Yehuda, Sharona Yehuda, Karin Yehuda,

14   and Orit Maimon

15   Joseph B. Heimovics
JOSEPH B. HEIMOVICS, P.A.

16   15951 S.W. 41st Street, Suite 800
Davie, Florida 33331

17   Attorney for Stonegate Bank

18   Darrell Winston Payne
STERNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

19   150 W. Flager Street, Suite 2200
Miami, FL 33130

20   Attorneys for BNH IV HM TRI LLC and 1159 Hillsboro Mile LLC

21   DANIEL Y. GIELCHINSKY, P.A.
1132 Kane Concourse, Suite 204

22   Bay Harbor Islands, FL 33154
Attorney for Mayo Group, LLC, Mazliach Gamliel, Eyal Gamliel, Yoram Eliyahu, Bridge to the

23   Future, LLC and Mike Sedaghati

24          I declare under the penalty of perjury under the laws of the United States of America that
the above is true and correct.

25

26          Executed on 22nd day of May at Los Angeles, California.

27                                                                Paris N. Fakher

28

-3-

NOTICE OF LIEN