UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24889-GRAHAM/McALILEY

GUSTAVO ABELLA,
    Plaintiff,

v.

TOWN OF MIAMI LAKES, et al.,
    Defendants
_____/

FILED BY _____ D.C.
JUN 0 4 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## REQUEST FOR CLERK TO APPOINT A DIFFERENT MEDIATOR

    Pursuant to Honorable Senior Judge Donald L. Graham's Order of Referral to Mediation [ECF No. 64], the parties in the above-referenced case are required to schedule a mediation conference. The Clerk designated mediator John W. Salmon from the List of Certified Mediators, pursuant to Local Rule 16.2. Due to conflict of interest Plaintiff Gustavo Abella hereby request a different appointed Mediator.

    This 4th, day of June, 2019.

Respectfully submitted,

_____
GUSTAVO ABELLA

7400 Miami Lakes Dr.
Apt. D-108
Miami Lakes, FL 33014

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That an original and a true and correct copy of the foregoing Plaintiff's REQUEST FOR CLERK TO APPOINT A DIFFERENT MEDIATOR was served this day, June 4th, 2019 to:

*[signature]*
GUSTAVO ABELLA

Zachary Vosseler
Assistant County Attorney
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami Florida 33128
(305) 375-5151
Zach@miamidade.gov

2