UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24889-GRAHAM/McALILEY

GUSTAVO ABELLA,
    Plaintiff,

v.

TOWN OF MIAMI LAKES, et al.,
    Defendants
_____/

FILED BY_____D.C.
JUN 17 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**PLAINTIFF'S SPECIFIC DETAILS ON MOTION REQUESTING A DIFFERENT MEDIATOR DUE TO CONFLICT OF INTEREST**

Plaintiff Gustavo Abella, pro se, Requests the selection of another Mediator different than the one provided on Order 161 because at the office of Mr. John W. Salmon, there are 2 mediators RONALD M. FRIEDMAN and JOE DAVIS which are a conflict of interest as it is explained below:

1. On Plaintiffs First Amended Complaint page 7 – 8, No. 21 which reads: On April 27th 2016, MR. ABELLA sent an email to the Town of Miami Lakes Police Department seeking and pleading to DEFENDANT OFFICER RODRIGUEZ to undo and correct all his unlawful misconduct of abuse and retaliation against MR. ABELLA. From 2016-2018 DEFEDANT OFFICER RODRIGUEZ acting under color of law was putting pressure on MR. ABELLA not to come forward with the evidence that GUSTAVO ABELLA had obtained that implicated DEFENDANT OFFICER RODRIGUEZ,

1

TOWN MANAGER ALEX REY, and TOWN OF MIAMI LAKES of having orchestrated a situation against GUSTAVO ABELLA , Miami Dade Circuit Court Case # 2008-19978-CA-01, that resulted in MR. ABELLA and Mrs. Abella getting hit with a Summary Judgement of over $100,000.00 for the malicious corrupt act orchestrated by DEFENDANT OFFICER RODRIGUEZ, TOWN MANAGER ALEX REY and TOWN OF MIAMI LAKES in retaliation against MR.ABELLA as a result of MR. ABELLA exercising his First Amendment Rights.

a. The first Judge on this case for Defamation and Conspiracy Miami Dade Circuit Court Case 2008-19978-CA-01 Plaintiff Gustavo Abella, Miriam Mendoza vs. Defendant Town of Miami Lakes, et al., 2008-19978-CA-01 was Judge Ronald M. Friedman which never gave Mr. Abella the opportunity to present his evidence and to have a fair just trial.  At one of the early morning Court Hearings before Judge Ronald M. Friedman on the 13th floor which was very dark in the hall, Mr. Abella was the first one to arrive, a few minutes later the Town of Miami Lakes Attorney arrived and shortly after Judge Ronald M. Friedman arrived and exited the elevators and greeted the Town of Miami Lakes Attorney and was handed a thick yellow envelope and Judge Ronald M. Friedman stated to the Town of Miami Lakes Attorney: "Thank you very much, we must go fishing again" not realizing Mr. Abella was around the corner and observed the transaction and Mr. Abella stated to Judge Ronald M. Friedman to recuse himself from the case and Judge Ronald M. Friedman recused himself and took an early retirement.

b. In DEFENDANT'S OFFICER RODRIGUEZ INITIAL DISCLOSURES, OFFICER RODRIGUEZ and his Attorney ZACH VOSSELER make mention of this case before Judge Ronald M. Friedman Case # 2008-19978-CA-01, which was orchestrated and obstructed by DEFENDANT RODRIGUEZ and TOWN MANAGER ALEX REY and there is plenty evidence to prove this. In this case, OFFICER RODRIGUEZ and his Attorney Zach Vosseler make mention of one of their witness's: Investigator Kennedy Rosario, which has been an acquaintance of Judge Ronald M. Friedman for many years and they both were involved in a case many years back that involved malice, police acting illegally and entrapment of Alberto San Pedro, Hialeah the great corruptor, the case had to be transferred out of Miami Dade Circuit Court to Southern District Court in order that the defendant would have a just fair trial. Metro Dade Police Investigator Kennedy Rosario now known as Miami Dade police got from Alberto San Pedro money for Judge Ronald M. Friedman campaign.

Note: In this case 2008-19978-CA-01 , Gustavo Abella vs. Town of Miami Lakes that was maliciously orchestrated by DEFENDANT RODRIGUEZ and TOWN MANGER ALEX REY in retaliation against MR.ABELLA as a result of MR. ABELLA exercising his First Amendment Rights and obstructed by DEFENDANT OFFICER RODRIGUEZ and TOWN MANAGR ALEX REY , the first Judge on the case was Judge Ronald M. Friedman and the investigator was Investigator Kennedy Rosario which there is clear evidence of how he obstructed the investigation in this matter.

2. In PLAINTIFF'S FIRST AMENDED COMPLAINT, page 8-9, No. 23, which reads: On May 12, 2016, TOWN MANAGER ALEX REY along with DEFENDANT OFFICER RODRIGUEZ acting under the color of law did as former TOWN MAYOR MICHAEL PIZZI has asked him to do; TOWN MANAGER ALEX REY filed and obtained the Injunction Order against MR. ABELLA, accompanied by Defendant OFFICER RODRIGUEZ as his witness, both were sworn under Oath under Penalty of Perjury and falsely accused MR. ABELLA, out of retaliation, for MR. ABELLA having engaged in a conduct protected by the First Amendment and filing Grievances and Right of Speech and to Petition for redress of Grievances to the Town of Miami Lakes resulting in MR. ABELLA, a resident of the Town of Miami Lakes for over 20 years, being punished out of retaliation and cannot go freely near or within 400 feet of the TOWN OF MIAMI LAKES Police department, Town Hall and certain stores on Main Street and remains in effect indefinitely. (Miami Dade County Court Case # 2016-011400-FC-04, Petitioner: TOWN MANAGER ALEX REY, Respondent: GUSTAVO ABELLA, Witness: DEFENDANT OFFICER RODRIGUEZ).

MR. ABELLA was falsely accused and punished using tax payer's money and the courts by Defendant OFFICER RODRIGUEZ, TOWN MANAGER ALEX REY and the TOWN OF MIAMI LAKES in retaliation against MR.ABELLA as a result of MR. ABELLA exercising his First Amendment Rights. (The Judge on this case was Judge Joe Davis which is connected to the Mediation Office of John W. Salmon). There was no justification for this Injunction.

Having the Mediation done at this office of John W. Salmon would be a conflict of interest where Mr. Ronald M. Friedman and Mr. Joe Davis are employed.

**WHEREFORE**, Plaintiff GUSTAVO ABELLA, pro se, prays and request to this Honorable Court to obtain a different mediator.

This 17th day of June, 2019

Respectfully submitted,

_____
GUSTAVO ABELLA

7400 MIAMI LAKES DR.
APT. D-108
MIAMI LAKES, FL 33014
Ph: 305-305-6622
EMAIL: gusabella04@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that an original and true and correct copy of the foregoing PLAINTIFF'S SPECIFIC DETAILS ON MOTION REQUESTING A DIFFERENT MEDIATOR DUE TO CONFLICT OF INTEREST was served this day, June 17th, 2019 to:

Zachary Vosseler
Assistant County attorney
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami Florida 33128
305-375 -5151


_____
GUSTAVO ABELLA

7400 Miami Lakes Dr.
Apt. D-108
Miami Lakes, FL 33014
Ph: 305-305-6622
Email: gusabella04@gmail.com