UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24889-GRAHAM/McALILEY

GUSTAVO ABELLA,
    Plaintiff,

v.

TOWN OF MIAMI LAKES, et al.,
    Defendants
_____/

## PLAINTIFF GUSTAVO ABELLA'S INITIAL DISCLOSURES

Plaintiff GUSTAVO ABELLA, pursuant to Federal Rule of Civil Procedure 26(a) (I) and Southern district of Florida Local Rule 26.1, makes the following initial disclosures based on the information reasonably available to him at this time. These disclosures are made without prejudice to his right to subsequently modify or supplement this information should the course of discovery and of this litigation so warrant.

A. Pursuant to Rule 26(a)(I)(A)(i), the following persons are likely to have discoverable information that the Plaintiff GUSTAVO ABELLA may and will be used to support his claims:

Plaintiff GUSTAVO ABELLA
7400 MIAMI LAKES DR.
APT. D-108
MIAMI LAKES, FL 33014
PH: 305-305-6622

Miriam R. Abella
7400 MIAMI LAKES DR.

1

APT. D-108
MIAMI LAKES, FL 33014

Thomas J. Calvey
c/o Howard Levine, Esq.
1560 Lenox Ave., # 307
MIAMI BEACH, FL 33139
PH: 305-534-0403

Xiomara Murillo
MIAMI DADE COUNTY HUMAN RESOURCES
111 N.W. 1st Street
# 2010
MIAMI, FL 33128
PH: 305-375-2222
Cell: 786-355-5264

Frank C. Bocanegra
Office of Public Defender
1320 N.W. 14TH Street
MIAMI, FL 33125
PH: 305-545-1729
Former Town of Miami Lakes Police Major & Town of Miami Lakes Manager.  Like to have discoverable information that GUSTAVO ABELLA may and will use to support his claim.

Miami Dade Commission on Ethics & Public Trust
19 W Flagler
Suite 820
MIAMI, FL 33130
PH: 305-579-2594
Have discoverable information to support GUSTAVO ABELLA's claim.

Kennedy Rosario
Moonstone Investigations, LLC
6988 S.W. 47 Street
MIAMI, FL 33135
PH: 305-503-6330

2

Former Investigator at Miami Dade County Commission on Ethics & Public Trust who participated and has knowledge of relevant evidence that will be used in support of GUSTAVO ABELLA's claims.

Alex Rey
c/o Eric P. Hockman/Eric S. Kay
Weiss Serota Helfman Cole & Bierman, P.L.
2525 Ponce de Leon Blvd., Suite 700
CORAL GABLES, FL 33134
PH: 305-854-0800
Former Town of Miami Lakes Manager; has relevant knowledge and discoverable information that GUSTAVO ABELLA will use in support of his claims.

B. Pursuant to Rule 26(a)(I)(a)(ii), the following documents are currently in Plaintiff GUSTAVO ABELLA's possession, custody, or control and will be used in support of his claims, all of which are available for review as required.

1. Complaints, emails, filed against Defendant Juan F. Rodriguez to the Town of Miami Lakes Manager Alex Rey; Town Mayor; and Town Major of the Miami Lakes Police Department.

2. Complaints filed with the Miami Dade Internal Affairs against Defendant Juan F. Rodriguez.

3. Various emails from Defendant Juan F. Rodriguez to Plaintiff Gustavo Abella.

4. Affidavit of Joseph Glick.

5. Affidavit of Maria Betancourt.

6. Miami Dade Commission on Ethics & Public Trust documents.

7. Miami Dade Commission on Ethics & Public Trust Handwritten investigations notes of Investigator Kennedy Rosario.

3

8. Thomas Joseph Calvey's sworn statements.

9. Miami Dade Police Officer Juan F. Rodriguez's police assigned cell phone records.

10. Thomas Joseph Calvey's contact phone numbers.

11. Thomas J. Calvey's info given to Plaintiff Gustavo Abella.

12. Documents from case Rey vs. Abella No. 16-11400.

13. Order and Final Judgment Awarding Attorney's Fees and Costs to Defendant, Thomas Calvey and Attorney Howard Levine, Esq. against Plaintiffs Gustavo Abella and Miriam Abella vs. Town of Miami Lakes, Thomas Calvey, et. al. Miami Dade County Circuit Court Case 2008-019978-CA-01.

14. Miami Dade County Circuit Court Case 2008-019978-CA-01 Plaintiffs Gustavo Abella and Miriam Abella vs. Town of Miami Lakes, Thomas Calvey, et. al. All Depositions, Affidavits, Sworn Statements, etc.

15. Miami Dade County Circuit Court Case 2008-019978-CA-01 Assignment of Judgment prepared by Howard Levine, Esq., sworn under Oath, signed by Town of Miami Lakes Manager Alex Rey.

16. Miami Dade County Circuit Court Case 2008-019978-CA-01 Assignment of Judgment prepared by Howard Levine, Esq., sworn under Oath, signed by Town of Miami Lakes Councilwoman Nancy Simon.

17. Videos and pictures of the incidents where Defendant Officer Juan F. Rodriguez, who acting under color of law, stalked, harassed, intimidated, retaliated depriving GUSTAVO ABELLA from exercising his First Amendment rights guaranteed under the United States Constitution.

4

C. Pursuant to Rule 26(a)(I)(a)(iii), Plaintiff GUSTAVO ABELLA claims 7 Million Dollars($7,000,000.00) for all the damages that Defendant Officer Juan F. Rodriguez caused; who acting under color of law, stalked, harassed, intimidated, retaliated depriving GUSTAVO ABELLA from exercising his First Amendment rights guaranteed under the United States Constitution.

D. Pursuant to Rule 26(a)(i)(A)(iv), Plaintiff GUSTAVO ABELLA states that Defendant Juan F. Rodriguez has not provided any insurance information yet.

Dated May 28th, 2019

Respectfully submitted

*[signature]*
GUSTAVO ABELLA
7400 MIAMI LAKES DR.
APT. D-108
MIAMI LAKES, FL 33014
CELL: 305-305-6622
EMAIL: gusabella4@gmail.com

## CERTIFICATE OF SERVICE
Case No. 18-cv-24889-GRAHAM/McALILEY
United States District Court, Southern District of Florida

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail on May 28t$^h$, 2019 on the following counsel:

Zachary Vosseler
Assistant County Attorney
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami Florida 33128
(305) 375-5151
Zach@miamidade.gov