**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 18-24889-CIV-GRAHAM/MCALILEY

GUSTAVO ABELLA,

    Plaintiff,

      v.

TOWN OF MIAMI LAKES, et al.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** comes before the Court on Defendant Juan Rodriguez's Expedited Motion to Continue All Deadlines by Thirty Days or, Alternatively, to Strike Belatedly Disclosed Damages [D.E. 85], filed July 30, 2019.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED, IN PART**.

1. The following timetable shall govern the pretrial procedure in this case. This schedule shall not be modified absent compelling circumstances. **NO ADDITIONAL EXTENSIONS BY EITHER PARTY WILL BE CONSIDERED.**

| | |
|---|---|
| August 7, 2019 | Deadline to exchange expert witness information pursuant to FRCP 26(a)(2). |

| | |
|---|---|
| August 21, 2019 | Deadline to exchange rebuttal expert witness information pursuant to FRCP 26(a)(2). |
| September 20, 2019 | All discovery must be completed |
| September 27, 2019 | All Pretrial Motion, Memoranda of Law, Motions to Strike Expert Testimony/ *Daubert* Motions must be filed. |
| October 11, 2019 | Deadline for all responses to motions (including responses to motions for summary judgment). |
| October 18, 2019 | Deadline for all replies to motions (including replies to motions for summary judgment). |

**ALL OTHER ASPECTS OF THIS COURT'S PREVIOUS SCHEDULING ORDER REMAINS IN EFFECT AND CONTINUES TO GOVERN.**

**DONE AND ORDERED** at Miami, Florida, this 31st day of July, 2019.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

2