UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-24889-GRAHAM/McALILEY

**GUSTAVO ABELLA,**
        **Plaintiff,**

    v.

**TOWN OF MIAMI LAKES, et al.,**
        **Defendants.**
_____/

### DEFENDANT JUAN RODRIGUEZ'S UNOPPOSED MOTION TO CONVENTIONALLY FILE COMPACT DISC WITH VIDEO EXHIBITS

Defendant Juan Rodriguez respectfully requests leave of the Court to conventionally file a compact disc containing video recordings taken by the Plaintiff of portions of some of the encounters between the Plaintiff and the Defendant that are at issue in this suit. The Defendant seeks to use the video exhibits in support of his forthcoming motion for summary judgment. As there is no practicable way to file video exhibits on the electronic docket, good cause exists to permit the Defendant to file the compact disc conventionally.

In accordance with the Local Rules, a proposed order accompanies this motion.

### CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned conferred with counsel for Plaintiff, who ***do not oppose*** the relief sought in this motion.

[SIGNATURE BLOCK APPEARS ON NEXT PAGE]

Dated: September 24, 2019.

Respectfully submitted,
ABIGAIL PRICE-WILLIAMS
MIAMI-DADE COUNTY ATTORNEY

By:   /s/ Zach Vosseler
     Zach Vosseler
     Florida Bar No. 1008856
     zach@miamidade.gov
     Bernard Pastor
     Florida Bar No. 46582
     pastor@miamidade.gov
     Assistant County Attorneys

     Stephen P. Clark Center
     111 N.W. First Street, Suite 2810
     Miami, Florida 33128
     (305) 375-5151

*Counsel for Defendant Juan Rodriguez*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, September 24, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the foregoing was served this day on all counsel of record via CM/ECF.

     /s/ Zach Vosseler
     Zach Vosseler
     Assistant County Attorney