UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-cv-20152-CMA

GUSTAVO ABELLA,

    Plaintiff,

v.

OFFICER JUAN F. RODRIGUEZ, et al.,

    Defendants.
_____/

## SETTLEMENT AGREEMENT

THIS AGREEMENT (the "Agreement") made and entered into on this 20th day of June, 2014, by and between Gustavo Abella ("Plaintiff") and Miami-Dade County, Officer Juan Rodriguez, Officer Richard Baez, Officer Benjamin Rivera, and Major Frank Bocanegra ("Defendants"), collectively, the Parties.

1. Plaintiff shall voluntarily dismiss with prejudice all claims asserted against Defendants in the above-captioned litigation.

2. Defendants shall pay Plaintiff the total of twenty thousand five hundred dollars ($20,500) as complete settlement of this case.

3. Plaintiff shall execute a release of any and all claims against Defendants, including but not limited to claims for attorneys' fees, costs, expenses, and any other claims or causes of action related to or stemming from the events alleged in this action.

4. It is understood and agreed that this settlement is a compromise of a doubtful and disputed claim and is not to be construed as an admission of liability on the part of Plaintiff or Defendants, and that the parties deny liability therefor and intend merely to avoid litigation and buy their peace.

CASE NO. 11-cv-20152-CMA

5. The parties agree and state that no promise, inducement or agreement not expressly contained herein has been made, and that this Agreement contains the entire agreement between the parties hereto, and that the terms of this agreement are contractual and not a mere recital.

6. The parties have read the foregoing Agreement and fully understand it.

DATED this 20th day of June, 2014.

_____
Gustavo Abella

_____
Kenneth C. McCoy, on behalf of
Miami-Dade County
Juan Rodriguez
Benjamin Rivera
Richard Baez
Frank Bocanegra